UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SYLVANUS BORDERS                          CIVIL ACTION

VERSUS                                    NO: 09-3020

CHASE HOME FINANCE, LLC ET                SECTION: "J" (1)
AL

<u>**ORDER**</u>

Before the Court is Plaintiff's **Motion to Review Magistrate Judge's Order (Rec. Doc. 68)**. This motion, which is opposed, is set for hearing on March 31, 2010. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that Plaintiff's **Motion to Review Magistrate Judge's Order (Rec. Doc. 68)** should be **DENIED**.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." <u>Id.</u> Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." <u>United States v. Untied States Gypsum Co.</u>, 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's orders, and the arguments of the parties this Court finds that no such

mistake has been made in the magistrate judge's Orders (Rec. Doc. 62 and 63) and the plaintiff has not shown that the magistrate judge's rulings are "clearly erroneous or contrary to law." Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Review Magistrate Judge's Order (Rec. Doc. 68)** is **DENIED**

New Orleans, Louisiana, this 13th day of April, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE